IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Hilliard Jr, Clarence L | Case Number: 04 B 12507 |
|---|---|---|
| | Hilliard, Alana P | Judge: Wedoff, Eugene R |
| | Printed: 10/7/08 | Filed: 3/30/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Completed: October 2, 2008
Confirmed: June 24, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 45,560.00 | |
| Secured: | | 12,755.03 |
| Unsecured: | | 30,394.40 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 2,410.57 |
| Other Funds: | | 0.00 |
| Totals: | 45,560.00 | 45,560.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Americredit Financial Ser Inc | Secured | 622.12 | 622.12 |
| 2. | Wells Fargo Home Mortgage | Secured | 12,132.91 | 12,132.91 |
| 3. | Wells Fargo Home Mortgage | Unsecured | 150.00 | 150.00 |
| 4. | Wells Fargo Home Mortgage | Unsecured | 500.00 | 500.00 |
| 5. | ECast Settlement Corp | Unsecured | 5,703.02 | 5,703.02 |
| 6. | ECast Settlement Corp | Unsecured | 1,120.00 | 1,120.00 |
| 7. | Resurgent Capital Services | Unsecured | 1,020.49 | 1,020.49 |
| 8. | Americredit Financial Ser Inc | Unsecured | 9,773.94 | 0.00 |
| 9. | ECast Settlement Corp | Unsecured | 4,242.85 | 4,242.85 |
| 10. | Portfolio Recovery Associates | Unsecured | 4,108.27 | 4,108.27 |
| 11. | ECast Settlement Corp | Unsecured | 4,849.56 | 4,849.56 |
| 12. | U.S. Department Of Education | Unsecured | 6,877.94 | 6,877.94 |
| 13. | Resurgent Capital Services | Unsecured | 1,822.27 | 1,822.27 |
| 14. | SBC | Secured | | No Claim Filed |
| 15. | SBC | Secured | | No Claim Filed |
| 16. | Aspire Visa | Unsecured | | No Claim Filed |
| 17. | Fair Financial Services | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 52,923.37 | $ 43,149.43 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4% | 182.61 |
| 6.5% | 484.27 |
| 3% | 0.52 |
| 5.5% | 756.09 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:   Hilliard Jr, Clarence L | Case Number:  04 B 12507 |
| Hilliard, Alana P | Judge:  Wedoff, Eugene R |
| Printed:  10/7/08 | Filed:  3/30/04 |

|  |  |
|---|---|
| 5% | 95.02 |
| 4.8% | 180.18 |
| 5.4% | 711.88 |
|  | _____ |
|  | $ 2,410.57 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____